

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 14, 2017

BY CM/ECF

Honorable Denny Chin
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Nicholas Mitsakos*, 16 Cr. 631 (DC)

Dear Judge Chin:

    The Government and counsel for the defendant have conferred in light of the Court's instructions during the parties' September 14, 2017 conference. The parties now believe that the remaining issues would be best addressed in submissions to the Court rather than a hearing. As a result, the parties respectfully request that the Court adjourn the proceeding currently scheduled for October 18, 2017 to a date and time at the Court's convenience during the week of November 6, 2017. The parties will submit their respective letters to the Court as expeditiously as possible and sufficiently in advance of that date to allow their review.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:    /s/
    Robert Allen/Brendan Quigley
    Assistant United States Attorneys
    (212) 637-2216/2190

cc: Eric Creizman, Esq. (counsel for defendant)