UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA          :

    - against -                 :        **ORDER**
                                           16 Cr. 631 (DC)
NICHOLAS MITSAKOS,                :

        Defendant.   :

---------------------------------x

**DENNY CHIN, United States Circuit Judge:**

    It is hereby ORDERED that sentencing for this case shall be rescheduled to Tuesday, November 7, 2017 at 2pm.

    SO ORDERED.

Dated:    New York, New York
           October 18, 2017

                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation