# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*By ECF and*
*Email to Chambers*

November 1, 2017

The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the
Second Circuit
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Nicholas Mitsakos,* **Index No. 16-CR-631 (DC)**

Dear Judge Chin:

    On behalf of Nicholas Mitsakos, I respectfully request, on consent of the government, a brief adjournment of the sentencing hearing in this case, from November 7, 2017 to the morning of November 9, 2017 or any time on November 10, 2017.  If the morning of November 8, 2017, is more convenient to the Court than the 9th or 10th, the parties can appear on that date as well.  I am making this request because I caught the flu yesterday and therefore could not complete Mr. Mitsakos's sentencing brief on the issues raised at the previous hearing and in the government's response last week.  I am home today trying to recover.  I expect that continued rest today will enable me to return to the office tomorrow and finish our sentencing sentencing submission and file it so that Your Honor has sufficient time to review it in advance of the sentencing hearing.

    If the dates of November 8, 9, and 10 are all inconvenient for the Court, we request that the Court reschedule the sentencing hearing to no earlier than the week of December 4, 2017.  That is because the lead attorney for the government expects to begin a trial on November 13, 2017, and that trial may extend past Thanksgiving.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/* Eric M. Creizman
Eric Creizman (EC-7684)

Hon. Denny Chin
November 1, 2017
Page 2


cc: Robert Allen, Esq. (by ECF and Federal Express)
    Assistant United States Attorney