UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - against -                              :          **ORDER**

NICHOLAS MITSAKOS,                :          16 Cr. 631 (DC)

                    Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DENNY CHIN, United States Circuit Judge:

        It is hereby ORDERED that sentencing for this case shall be rescheduled to Tuesday, November 7, 2017 at 2pm.

        SO ORDERED.

Dated:    New York, New York
             November 6, 2017

                                         DENNY CHIN
                                         United States Circuit Judge
                                         Sitting by Designation