# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 16-CR-631 (DC)** |
| | ) | |
| | ) | |
| **NICHOLAS MITSAKOS,** | ) | |
| **Defendant.** | ) | |

The motion of **Shon Hopwood** for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the **District of Columbia** and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Shon Hopwood |
| Firm Name: | Hopwood & Singhal PLLC |
| Address: | 1701 Pennsylvania Ave NW, Suite 200 |
| City / State / ZIP: | Washington, DC 20006 |
| Telephone: | (402) 889-0588 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for **Nicholas Mitsakos** in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8-27-2020

United States ~~District / Magistrate~~ Judge
Circuit