Shon Hopwood
HOPWOOD & SINGHAL PLLC
1701 Pennsylvania Ave. NW
Suite 200
Washington, DC 20006
402.889.0588
shon@hopwoodsinghal.com

September 23, 2020

Honorable Denny Chin
U.S. Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Nicholas Mitsakos, No. 1:16-cr-00631-DC

Dear Judge Chin,

I am writing in regard to Mr. Mitsakos' motion for early termination of supervised release, which was filed on August 27, 2020. Although the Court has yet to order the government to respond to Mr. Mitsakos' motion, I reached out to the U.S. Probation Office that exercises supervision over Mr. Mitasakos' supervised release.

Probation Office Daniel Landeros responded back and said that he had discussed the matter with his supervisor and that the Probation Office does not oppose Mr. Mitasakos' request for early termination of supervised release, with the understanding that Mitsakos must still make his required restitution payments. *See* Attached Email from Daniel Landeros.

Thank you for your consideration.

Sincerely,

Shon Hopwood

Encl: Email from Daniel Landeros

1

HOPWOOD & SINGHAL PLLC