

Shon Hopwood <shonrhopwood@gmail.com>

## RE: Nicholas Mitsakos early termination of supervised release
1 message

**Daniel Landeros** <Daniel_Landeros@cacp.uscourts.gov>  Tue, Sep 1, 2020 at 12:48 PM
To: Shon Hopwood <shon@hopwoodsinghal.com>

I apologize for the delayed response on this. I have discussed this matter with a supervisor and it was agreed that we not oppose the request for early termination with the understanding that he is still required to make his monthly restitution/fines according to his judgment and commitment order which is 15% of his gross monthly income. Based on this email I am assuming that you will be writing to the court to petition for early term.

**From:** Shon Hopwood <shon@hopwoodsinghal.com>
**Sent:** Thursday, August 20, 2020 12:07 PM
**To:** Daniel Landeros <Daniel_Landeros@cacp.uscourts.gov>
**Subject:** Nicholas Mitsakos early termination of supervised release

Mr. Landeros,

I am an attorney representing Nicholas Mitsakos, who you are currently supervising. We plan to file a motion for early termination of supervised release and was wondering if the U.S. Probation will support or oppose his early release?

Thank you,

Shon

--

Shon Hopwood

Hopwood & Singhal PLLC

1701 Pennsylvania Ave. NW

Suite 200

Washington, DC 20006

(402) 889-0588