UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NICHOLAS MITSAKOS,<br>Defendant. | )<br>)<br>)<br>)  No. 16-CR-631 (DC)<br>)<br>)<br>)<br>) |

### ORDER MODIFYING THE CONDITIONS OF SUPERVISION

Upon motion of Defendant Nicholas Mitsakos for an order of early termination of supervised released, the Court orders as follows:

1. The two-year period of supervised release will remain in place, but the Court will alter the conditions of supervision in two respects.

2. Mr. Mitsakos is free to travel without pre-approval from the U.S. Probation Office.

3. Mr. Mitsakos can consult with Probation regarding his proposal to move his residence to another District.

IT IS SO ORDERED. Mr. Mitsakos' conditions of supervised release are modified as consistent with this ORDER.

_____
Judge Denny Chin

Dated: October 5, 2020